# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 754
:
REAPPOINTMENTS TO : SUPREME COURT RULES
CONTINUING JUDICIAL :
EDUCATION BOARD OF : DOCKET
JUDGES :
:

## ORDER

**PER CURIAM:**

**AND NOW,** this 13th day of December, 2017, the following members are hereby reappointed to the Continuing Judicial Education Board of Judges for a term of three years, commencing January 1, 2018:

Vice Provost Anita LaFrance Allen, University of Pennsylvania

The Honorable John Cleland, Court of Common Pleas, McKean County

Dean Maureen Lally-Green, Duquesne University School of Law

The Honorable Edward D. Reibman, Court of Common Pleas, Lehigh County